**Order entered September 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01199-CR

### MARK MCCAY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F11-00694-K**

## ORDER ON MOTION FOR REHEARING

Appellant's August 13, 2015 Motion for Rehearing is **DENIED**. We have on this day

issued an Opinion Nunc Pro Tunc in this case to correct a clerical error.


/s/     MOLLY FRANCIS
           JUSTICE